## CERTIFICATION OF COUNSEL

Pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, I attempted to reach an agreement with the attorney for Plaintiffs on the matters set forth in the Defendant's Motion To Vacate Arrest, Post Security and to Set Briefing Schedule (the "Motion") prior to filing the Motion but counsel for Plaintiffs did not respond.

Dated: March 7, 2005                    THE BAYARD FIRM

By: _____
Gary F. Seitz.(No. 4457)
Cheryl Siskin (No. 3437)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000

Attorneys for Anthony C. Morelli, III
and M/Y Long Island Lady

578674v1