IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENGINE DYNAMICS INC., et al., | : | CIVIL ACTION |
| | : | NO. 04-CV-1402(KAJ) |
| v. | : | |
| M/Y LONG ISLAND LADY | : | |

ORDER

Upon consideration of the Motion To Vacate Arrest, Post Security and to Set Briefing Schedule, field by Anthony Morelli, owner, it is hereby ORDERED that the Motion is GRANTED and it further ORDERED:

That Mr. Morelli post a bond, letter of credit or deposit in this Court in an amount that provides at least $_____ of security for claims pending against M/Y Long Island Lady on behalf of EDI; it is further ORDERED

That EDI post a bond, letter of credit or deposit in this Court in an amount that provides at least $_____ of security for claims pending against EDI on behalf of M/Y Long Island Lady; it is further ORDERED

That Summit North Marine present a true and correct invoice to Mr. Morelli within 5 business days of the date of this Order. If that true and correct invoice is paid by Mr. Morelli within 10 days of submission thereof, all claims submitted by Summit shall be deemed satisfied and any and all maritime liens asserted by Summit against the M/Y Long Island Lady shall be dismissed. If Mr. Morelli does not pay the true and correct invoice of Summit within that 10 days, Mr. Morelli shall post a bond, letter of credit or deposit in this Court in an amount that

578578v1

2

provides at least $_____ of security for claims pending against M/Y Long Island Lady on behalf of Summit; it is further ORDERED

That the M/Y Long Island Lady be released from arrest the next business day after such security is posted and proof of such security is presented to the U. S. Marshall's office; it is further ORDERED

That the Parties submit Findings of Fact and Conclusions of Law by _____, 2005.

_____
KENT A JORDAN
UNITED STATES DISTRICT JUDGE