## CERTIFICATE OF SERVICE

     I, Cheryl Siskin, hereby certify that on the 7th day of March, 2005, I caused a true and correct copy of the *Motion To Vacate Arrest, Post Security and to Set Briefing Schedule and a Proposed Order* to be served upon party listed below via electronic service and First Class Mail.

Peter E. Hess, Esquire
Law Offices of Peter E. Hess
3 Mill Road Suite 301
Wilmington, DE 19806

                                      Cheryl Siskin (No. 3437)

578578v1