# THE BAYARD FIRM
### ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. Box 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

302-429-4215
csiskin@bayardfirm.com

February 7, 2005

**VIA HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street, Lock Box 10
Wilmington, DE 19801

        RE:    *Engine Dynamics Inc. V. LONG ISLAND LADY*
                  *C.A. No. 04-1402-KAJ*

Dear Judge Jordan:

      Enclosed please find a courtesy copy of the Motion to Vacate Arrest, Post Security and to Set Briefing Schedule (the "Motion") filed today. As indicated in the attached Motion, despite our best efforts, settlement negotiations have not been successful and we now need to request the transcript and set a schedule for this Court's full consideration of the parties' claims and defenses.

      We are available at the Court's convenience to discuss the issues raised in the Motion.

                                          Respectfully submitted,

                                          Cheryl Siskin

CS/kw
Enclosure
cc:    Peter E. Hess, Esquire

578703v1