IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENGINE DYNAMICS, INC., and SUMMIT NORTH MARINA, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LONG ISLAND LADY, a 1996 30' Pursuit Vessel, HIN #SSUP9065K596, her Engines, Equipment and Appurtenances, )<br>)<br>*In rem*, )<br>Defendant. ) | Civil Action No. 04-1402-KAJ |

### ORDER

At Wilmington this **28th** day of **March, 2005**,

IT IS ORDERED that a teleconference relating to plaintiffs' motion to vacate and a discovery dispute has been scheduled for **March 31, 2005 at 11:00 a.m.** with the undersigned. **Counsel for Plaintiffs shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE