# EXHIBIT 2

| | |
|---|---|
| From: | Cheryl Siskin |
| Sent: | Thursday, February 17, 2005 4:32 PM |
| To: | 'HESSIANS@aol.com' |
| Cc: | 'TM1873@aol.com'; Gary Seitz |
| Subject: | Summit |

Based on the testimony at trial, Summit's 12/5/05 invoice was not accurate. Please send me an accurate statement indicating the exact amount that Mr. Morelli allegedly owes Summit.


Cheryl Siskin
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4215
Fax: (302) 658-6395
Website: www.bayardfirm.com

**From:** Cheryl Siskin
**Sent:** Tuesday, February 22, 2005 6:04 PM
**To:** 'HESSIANS@aol.com'
**Subject:** Summit bill

Please advice when we can expect the revised summary of the basis for Summit's claim again Long Island Lady that we requested last week.

Cheryl Siskin
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4215
Fax: (302) 658-6395
Website: www.bayardfirm.com

**From:** Cheryl Siskin
**Sent:** Wednesday, February 23, 2005 12:20 PM
**To:** 'HESSIANS@aol.com'
**Cc:** Gary Seitz
**Subject:** RE: Summit bill

Peter:

I did respond to your counteroffer last Friday. It was refused.

I asked you for the bill from Summit to facilitate further settlement discussions. Are you now saying that Summit has refused to produce what it considers to be an accurate bill for the services it has provided to Long Island Lady? Are you also saying that you refuse to present Summit with a settlement offer that only addresses Summit's bill?


Cheryl Siskin
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4215
Fax: (302) 658-6395
Website: www.bayardfirm.com


-----Original Message-----
From: HESSIANS@aol.com [mailto:HESSIANS@aol.com]
Sent: Tuesday, February 22, 2005 7:52 PM
To: Cheryl Siskin
Subject: Re: Summit bill


Cheryl
Your client has not responded to our counter offer. Summit North Marina will not settle its claim independent of a global settlement of all the issues and claims in this litigation. Accordingly, the ball is in your court.

Peter E. Hess
3 Mill Road
Suite 303
Wilmington Delaware 19806
ph: (302) 777-1715
fax: (302) 472-1715
cell: (302) 690-1715

1

**From:** Cheryl Siskin
**Sent:** Wednesday, February 23, 2005 3:38 PM
**To:** 'HESSIANS@aol.com'
**Subject:** RE: Summit bill

I am not sure I understand your response so lets try it a different way. Will you be providing a revised bill from Summit?

Cheryl Siskin
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4215
Fax: (302) 658-6395
Website: www.bayardfirm.com


-----Original Message-----
From: HESSIANS@aol.com [mailto:HESSIANS@aol.com]
Sent: Wednesday, February 23, 2005 3:33 PM
To: Cheryl Siskin; HESSIANS@aol.com
Cc: Gary Seitz
Subject: Re: Summit bill


C & G
No to both.

Peter E. Hess
3 Mill Road
Suite 303
Wilmington Delaware 19806
ph: (302) 777-1715
fax: (302) 472-1715
cell: (302) 690-1715

1

**From:** HESSIANS@aol.com
**Sent:** Wednesday, February 23, 2005 5:12 PM
**To:** Cheryl Siskin
**Subject:** Re: Summit bill

Cheryl
I have asked Summit to provide me with a revised bill. I have not recieved it yet. Summit insists that it will not settle LONG ISLAND LADY's indebteness without a satisfactory settlement of the Engine Dynamics claim. So if Mr. Morelli has categorically rejected My clients' counter-offer, we should inform the Court of this and obtain the transcript for briefing. I would suggest that the Bayard Firm get the requisite fees and costs from Mr. Morelli upfront.

I am out of town until Tuesday, March 1st.

Peter E. Hess
3 Mill Road
Suite 303
Wilmington Delaware 19806
ph: (302) 777-1715
fax: (302) 472-1715
cell: (302) 690-1715

1