# EXHIBIT 3

Case 1:04-cv-01402-KAJ    Document 33-4    Filed 03/29/2005    Page 1 of 3

| | |
|---|---|
| **From:** | Cheryl Siskin |
| **Sent:** | Wednesday, March 16, 2005 1:32 PM |
| **To:** | 'HESSIANS@aol.com' |
| **Cc:** | Gary Seitz |
| **Subject:** | Boat Inspection |

Pursuant to the Court's instructions at the hearing, Mr. Morelli would like to inspect his boat on either March 22 or 24th at around noon. Please advise which day would be more convenient for you and your clients.

Cheryl Siskin
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4215
Fax: (302) 658-6395
Website: www.bayardfirm.com

# Cheryl Siskin

| | |
|---|---|
| **From:** | HESSIANS@aol.com |
| **Sent:** | Monday, March 21, 2005 6:05 PM |
| **To:** | Cheryl Siskin; HESSIANS@aol.com |
| **Cc:** | Gary Seitz |
| **Subject:** | Re: Boat Inspection |

Cheryl & Gary
There will be no "inspection" of LONG ISLAND LADY while it is under admiralty arrest. Mr. Morelli will be denied access to the locked dry storage yard at Summit North Marina.

The purpose of the "inspection" was to assess damage to the vessel alleged to have occurred during its arrest last year. Evidence in this matter has been taken and the record is closed. Mr. Morelli produced no evidence of damage to his vessel so I expect his counterclaim will be denied. At any rate, an inspection at this late hour would be moot.

REDACTED

Peter E. Hess, Esq.
3 Mill Road
Suite 303
Wilmington Delaware 19806
ph:  (302) 777-1715
fax: (302) 472-1715
cell: (302) 690-1715

1