# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

====================================

|  |  |  |
|---|---|---|
| | : | |
| ENGINE DYNAMICS INC., et al., | : | CIVIL ACTION |
| Plaintiff | : | NO.  04-CV-1402 |
| | : | |
| v. | : | |
| | : | STIPULATION AND |
| M/Y LONG ISLAND LADY | : | ORDER TO RELEASE |
| Defendant. | : | VESSEL FROM ARREST |
| | : | AND DISMISS CASE |

====================================

WHEREAS, the M/Y LONG ISLAND LADY (the Vessel) was arrested pursuant to the Order of this Court by the United States Marshal for the District of Delaware on November 4, 2004, and

WHEREAS, the Owner of the defendant Vessel has settled all disputes with  Plaintiffs and Plaintiffs have agreed to release all *in rem* claims against the Vessel, and

WHEREAS, Plaintiffs warrant that there are now and will be no charges to the U.S. Marshal by reason of the fact that the Vessel has been berthed at Plaintiffs' facility in while under this arrest, and

WHEREAS, the parties hereby stipulate and agree that the fees and expenses of the U.S. Marshal may be deducted by him from the deposit heretofore provided to him by the Plaintiffs, now, therefore,

On application of Plaintiffs attorneys, consented to by the owner's representative of Defendant M/Y Long Island Lady, it is

ORDERED, that on satisfaction of the U.S. Marshal's fees and expenses from the Plaintiff's deposit, the U.S. Marshal is directed to forthwith release the M/Y LONG ISLAND LADY from arrest; and it is further

576137v3

ORDERED that the case is hereby dismissed. Each Party shall bear their own fees and costs.

Dated: Wilmington, Delaware
      April 1, 2005

_____
KENT A. JORDAN
UNITED STATES DISTRICT JUDGE


We consent to the entry of the foregoing order.

LAW OFFICES OF PETER E. HESS

_____
Peter E. Hess (No. 2298)
Three Mill Road, Suite 303
Wilmington, DE 19806

Attorney for Plaintiffs Engine Dynamics,
Inc. and Summit North Marine, Inc.


THE BAYARD FIRM

_____
Cheryl Siskin (No. 3437)
Gary F. Seitz (No. 4457)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Attorneys for Defendant M/Y Long Island Lady