# THE BAYARD FIRM
A T T O R N E Y S

222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(Fax) 302-658-6395
Writer's Direct Access

302-429-4215
csiskin@bayardfirm.com

April 7, 2005

**VIA HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street, Lock Box 10
Wilmington, DE 19801

      RE:    *Engine Dynamics Inc. v. M/Y Long Island Lady*
               *C.A. No. 04-1402-KAJ*

Dear Judge Jordan:

      We are pleased to inform the Court that the parties have reached a settlement in the above referenced matter. Enclosed please find a copy of the Stipulation and Order to Release Vessel from Arrest and Dismiss Case that was e-filed today. We would appreciate your prompt consideration and entry of this Order.

                          Respectfully submitted,

                          Cheryl Siskin

CS/kw
Enclosure
cc:    Peter E. Hess, Esquire (via facsimile)

582985v1