OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 13, 2005

**Peter E. Hess**
Peter E. Hess, Esq.
3 Mill Road, Suite 301
Wilmington, DE 19806

**Cheryl Siskin**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

RE:   Engine Dynamics Inc., et al v. Long Island Lady, et al
      CA 04-1402 KAJ

Dear Counsel:

The Clerk's Office is currently in the process of returning Trial Exhibits in Judge Jordan's closed cases. Presently we have One Folder of Plaintiff's admitted Trial Exhibits; and One Binder + One Folder of Defendant's admitted trial exhibits to return to you. Please confer with each other and contact the undersigned to schedule pick-up of these exhibits.

***If counsel does not place their order to claim Trial Exhibits by 5/27/05, the Clerk will destroy any unclaimed exhibits.***

Please contact Bob Cruikshank at 573-6623 to arrange claiming/pick-up of exhibits. We will prepare the exhibits for your retrieval and contact you when they are ready for pick-up.

Sincerely,

By: *Bob Cruikshank*

Bob Cruikshank
Deputy Clerk